# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 1, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

3 Dec 2007

132983(86)

MICHIGAN DEPARTMENT OF
TRANSPORTATION,
       Plaintiff-Appellant,

v

RODNEY TOMKINS and DARCY TOMKINS,
       Defendants-Appellees.

_____

SC: 132983
COA: 256038
Kent CC: 01-007548-CC

       On order of the Chief Justice, the motion by *amicus curiae* Ackerman Ackerman & Dynowski for leave to file a supplemental brief is considered and it is GRANTED.

       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 1, 2008

_____
Clerk